UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ROSARIO M HERNANDEZ <br> DE CANIZALES <br> 2907 Wickersham Way, #102 <br> Falls Church, VA 22042 <br><br> Plaintiff <br><br> v. <br><br> KE&FB, LLC <br> **Registered Agent**: <br> Keyvan Ejtemai <br> 8415 Old Courthouse Road <br> Vienna, VA 22182 <br><br> KEYVAN EJTEMAI <br> 8415 Old Courthouse Road <br> Vienna, VA 22182 <br><br> FRED BAZZAZ <br> 8415 Old Courthouse Road <br> Vienna, VA 22182 <br><br> and <br><br> BOBBY SABET <br> 8415 Old Courthouse Road <br> Vienna, VA 22182 <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: _____ <br><br> **JURY TRIAL DEMANDED** |

**COMPLAINT FOR FAILURE TO PAY OVERTIME WAGES**

Plaintiff Rosario M Hernandez De Canizales, by and through undersigned counsel, hereby submits her Complaint for Failure to Pay Overtime Wages against Defendants KE&FB, LLC, Keyvan Ejtemai, Fred Bazzaz and Bobby Sabet to recover unpaid overtime wages, other unlawful deductions, liquidated damages, reasonable attorney's fees and costs under Section 16(b) of the